IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

        Plaintiff,                  No. CIV S-07-0431 LKK DAD PS

    vs.

C.S.P. SOLANO STATE PRISON
MEDICAL STAFF, et al.,            FINDINGS AND RECOMMENDATIONS

        Defendants.

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. The matter was referred to a United States Magistrate Judge by Local Rule 72-302(c)(21) pursuant to 28 U.S.C. § 636(b)(1).

        By order filed November 21, 2007, plaintiff's complaint was dismissed and twenty days leave to amend was granted. The twenty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, the court HEREBY RECOMMENDS that this action be dismissed without prejudice. See L.R. 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty days after being

1  served with these findings and recommendations, plaintiff may file written objections with the court.

2  Such a document should be captioned "Objections to Magistrate Judge's Findings and

3  Recommendations." Plaintiff is advised that failure to file objections within the specified time may

4  waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: December 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
ddad1/orders.prose/williams0431.fta

2