IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,                    No. CIV S-07-0431 LKK DAD PS

    v.

C.S.P. SOLANO STATE PRISON
MEDICAL STAFF, et al.,          ORDER

    Defendants.
_____/

        By order filed November 21, 2007, plaintiff's pro se complaint was dismissed with leave to amend. Plaintiff was granted twenty days to file an amended complaint and was warned that failure to do so would result in a recommendation that this action be dismissed. The order was sent to plaintiff at his address of record and was not returned to the court. Plaintiff did not file an amended complaint or any other document within the twenty-day period. On December 19, 2007, the undersigned recommended that this action be dismissed. Plaintiff has now filed an untimely request for an extension of time to amend his complaint.

        Plaintiff states that he was incarcerated on November 21, 2007, the date of the court's order, and was released on December 18, 2007. In the interests of justice, the undersigned will vacate the pending findings and recommendations and grant plaintiff an extension of time to file an amended complaint.

1

As noted in the court's November 21, 2007 order, plaintiff previously filed at least two cases in this court while incarcerated. He has been provided with a copy of the Local Rules of Practice and has been advised multiple times that all parties, and particularly parties proceeding pro se, are required to keep the court informed of a current address at all times while an action is proceeding. The docket for this case reflects that plaintiff failed to notify the court of his change of address in November 2007, in violation of Local Rules 83-182(f) and 83-183(b). Plaintiff is advised that any future request for extension of time must be filed on or before the applicable deadline. Plaintiff is further advised that a document submitted by a non-prisoner is not timely filed unless it is received by the court on or before the applicable deadline.

IT IS HEREBY ORDERED that:

1. Plaintiff's December 26, 2007 request for extension of time is granted.

2. This court's December 19, 2007 findings and recommendations are vacated.

3. Plaintiff's first amended complaint shall be filed on or before February 1, 2008 and shall comply with the requirements set forth in the order filed in this action on November 21, 2007; the first amended complaint must bear the case number assigned to this case and must be labeled "First Amended Complaint"; failure to file a timely first amended complaint will result in a renewed recommendation that this action be dismissed for failure to state a claim upon which relief may be granted.

DATED: January 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\williams0431.eot.amcmpl